UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

*San Angelo Division*

TORIBIO MUNGUIA & KATHY MUNGUIA

Plaintiff

v.

AUTOZONERS, LLC, et al.

Defendant

CV-0902044

Civil Action No.

SUPPLEMENTAL
**CERTIFICATE OF INTERESTED PERSONS**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(f), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Defendants, AUTOZONERS LLC, et al.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

The parent company of AutoZone Texas, L.P. is AutoZone, Inc. There is no publicly held corporation that owns 10% or more of its stock. As to AutoZone, Inc., there is no publicly held corporation that owns 10% or more of its stock. Therefore, none.
As to AutoZoners, LLC, there is no publicly held corporation that owns 10% or more of its stock. Therefore, none.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

AutoZoneTexas, L.P., is a Nevada Limited Partnership with its principal place of business in Tennessee, AutoZone Stores, Inc. and AutoZone Texas Operations, LLC, are its constituent members. AutoZone, Inc., is a Nevada Corporation with its principal place of business in Tennessee. There are no other constituent entities. AutoZoners LLC, is a Nevada Corporation with its principal place of business in Tennessee. There are no other constituent entities.

| | |
|---|---|
| Date: | March 3, 2009 |
| Signature: | /s/ Henry S. Wehrmann |
| Print Name: | Henry S. Wehrmann |
| Bar Number: | 21076400 |
| Address: | 9330 LBJ Freeway, Suite 1400 |
| City, State, Zip: | Dallas, TX 75243 |
| Telephone: | 972-231-6001 |
| Fax: | 972-231-7004 |
| E-Mail: | hwehrmann@earthlink.net |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons