# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS SAN ANGELO DIVISION

| | | |
|---|---|---|
| TORIBIO MUNGUIA and<br>KATHY MUNGUIA | § § § | |
| v. | § § § § § | Civil Action No. 6:09 CV-00023-C |
| AUTOZONE TEXAS, L.P.<br>AUTOZONE, INC., and<br>AUTOZONERS, LLC | § § § § | |

## ORDER ON DEFENDANT'S MOTION TO COMPEL ARBITRATION

After considering Defendants, AutoZone Texas, L.P., AutoZone, Inc., and AutoZoners, LLC's Motion to Compel Arbitration the court:

GRANTS the motion and ORDERS the parties to abide by the terms and provisions of the AutoZone Texas Occupational Injury Benefit Plan and to arbitrate all personal injury claims of Toribio Munguia and Kathy Munguia against AutoZone Texas, L.P., AutoZone, Inc., and AutoZoners, LLC. The court stays the lawsuit pending the outcome of the arbitration.

Signed this _____ day of _____, 2009.

_____
Judge Presiding

APPROVED & ENTRY REQUESTED:

___/s/ Henry S. Wehrmann___
**Henry S. Wehrmann**